IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST E. CLARK, IV,** | CIV S-08-0163-LKK-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **TONY HEDGEPETH,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's reply to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 25, 2008.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1