IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST E. CLARK, IV, | No. CIV S-08-0163-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| TONY HEDGEPETH, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 25) for an extension of time to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: December 15, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1